

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00884-CV

**FMO MEDIA LLC**,
Appellant

v.

**CLARITY MORTGAGE LLC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2023CV00378
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, we REINSTATE this appeal to our docket. We subsequently GRANT the parties' joint motion to dismiss and DISMISS this appeal. We ORDER that costs of this appeal are taxed against appellant.

SIGNED March 6, 2024.

_____
Liza A. Rodriguez, Justice